UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 MAY -7 AM 11:46

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3-05-CV-266-J-32JRK<br>)<br>) |
| JUSTIN MERTIS BARBER and PATRICIA G. PARRISH, | )<br>)<br>) |
| Defendants. | )<br>) |

**FINAL JUDGMENT**

Pursuant to the motion for summary judgment (Doc. 29) filed by Defendant/Cross-Claim Plaintiff Patricia G. Parrish and this Court's April 15, 2008 Order (Doc. 32) granting that motion, it is hereby ordered and adjudged that Patricia G. Parrish, Seventh Judicial District, State of Oklahoma, Oklahoma County Courthouse, Oklahoma City, Oklahoma 73102, recover the entire proceeds of the American United Life Insurance Company life insurance policy that is the subject of this action, plus all interest accrued thereon, and that said funds be immediately paid to Patricia G. Parrish from Oceanside Bank, account number 108010696, which account is in the names of Robert S. Willis and R.H. Farnell II I/T/F April Barber, for which let execution issue.

ORDERED AND ADJUDGED at Jacksonville, Florida this 7th day of May, 2008.

_____
Timothy J. Corrigan
United States District Judge

Copies to:

R.H. Farnell II
The Bedell Building
101 East Adams Street
Jacksonville, Florida  32202

Robert Stuart Willis
Willis & Ferebee
503 East Monroe Street
Jacksonville, Florida 32202